UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MONIQUE KIRKLAND,

                Plaintiff,

-against-

FEDERAL EXPRESS CORP.,

                Defendant.

24-CV-6825 (LTS)

ORDER DIRECTING IFP APPLICATION AND AMENDED COMPLAINT

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. As set forth below, the Court directs Plaintiff to (1) either pay $405.00 in fees or submit an application to proceed *in forma pauperis* ("IFP"); and (2) complete and sign the attached amended complaint form.

**A.  Payment of Fees or Request to Waive Fees**

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 24-CV-6825 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

**B.  The Court Directs Plaintiff to Submit an Amended Complaint**

Under Rule 3 of the Federal Rules of Civil Procedure, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. Plaintiff filed a complaint with blurred print

that is not readable. The Court therefore directs her to complete and sign the attached Amended Employment Discrimination Complaint form where she must provide, in a legible fashion, facts in support of each claim she intends to assert.

## CONCLUSION

The Court directs Plaintiff to pay the $405.00 in fees or submit the attached IFP application within 30 days of the date of this order. The Court also directs Plaintiff to complete and sign the attached Amended Complaint form and return it to the court with payment of the fees, or an IFP application. An IFP application and Amended Employment Discrimination Complaint form are attached.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 30, 2024
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge