UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MONIQUE KIRKLAND, :
:
Plaintiff, :  24-CV-06825 (JAV)
:
-v- :  ORDER OF DISMISSAL
:
FEDEX EXPRESS CORPORATION C/O CHARLES :
HOLMES and FEDEX EXPRESS CORPORATION, :
:
Defendants. X
------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

    The Amended Complaint in this action was filed on September 30, 2024. *See* ECF No. 5. On May 20, 2025, the Court found good cause for Plaintiff's failure to properly serve the summons and complaint on Defendant within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 13. The Court ordered Plaintiff to effectuate service by July 21, 2025, and notified Plaintiff that if she did not show good cause — or file proof of service — by the deadline, the Court would dismiss the case. *Id.* Plaintiff did not file anything by the deadline.

    Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: July 29, 2025  
       New York, New York                                 JEANNETTE A. VARGAS  
                                                                        United States District Judge