UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

MONIQUE KIRKLAND,

                         Plaintiff,                                                24-CV-06825 (JAV)

             -v-                                                     ORDER

FEDEX EXPRESS CORPORATION C/O CHARLES
HOLMES and FEDEX EXPRESS CORPORATION,

                      Defendants.
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On July 29, 2025, the Court dismissed the above-captioned case without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. ECF No. 15. The Court has since received notice that Plaintiff properly submitted proof of service of the summons and complaint on Defendant to the Pro Se Intake Unit by the Court-ordered deadline of July 21, 2025, and that the proof of service was mistakenly filed under an erroneous docket entry.

      Accordingly, the Clerk of Court is respectfully directed to reopen the case.

      SO ORDERED.

Dated: July 31, 2025
       New York, New York

                                                                       _____
                                                                        JEANNETTE A. VARGAS
                                                                        United States District Judge