UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MONIQUE KIRKLAND, :
:
Plaintiff, :
: 24-CV-06825 (JAV)
-v- :
: ORDER
:
FEDEX EXPRESS CORPORATION C/O CHARLES :
HOLMES and FEDEX EXPRESS CORPORATION, :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 1, 2025, the parties were ordered to appear at an initial pretrial conference before the Court on September 26, 2025. ECF No. 17. On September 26, 2025, the parties failed to appear, even after the Court waited 20 minutes to start the conference.

To date, Defendants have failed to make an appearance in this action. Accordingly, it is hereby ORDERED that, by no later than **October 27, 2025,** Plaintiff shall write to the Court (through the Pro Se Intake Unit) and communicate the reason for her failure to appear at the initial pretrial conference and her intention to proceed with the lawsuit.

SO ORDERED.

Dated: September 26, 2025
New York, New York                    _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge