UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

MONIQUE KIRKLAND,                     :

                       Plaintiff,         :          24-CV-6825 (JAV)

                          :

       -v-                    :          <u>ORDER</u>

                          :

FEDEX EXPRESS CORPORATION,      :

                          :

                  Defendant.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 1, 2025, the Court entered an Order requiring the parties to this litigation to submit a joint letter and case management plan by September 19, 2025, and to appear for an initial conference on September 26, 2025.  ECF No. 17.  Plaintiff did not file a letter in response to the Court's order, nor did she appear at the scheduled conference.  On September 26, 2025, this Court issued an Order requiring Plaintiff to communicate her reason for failing to appear at the initial pretrial conference and her intention of proceeding with this lawsuit by October 27, 2025.  ECF No. 22.  To date, the Court has received no response to this Order.

On December 22, 2025, the Court therefore ordered Plaintiff to show cause by January 5, 2026, why this case should not be dismissed for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.  ECF No. 23.

On December 29, 2025, Plaintiff filed a letter "to advise the Court that, on December 29, 2025, I submitted a written request to the Court's ADA/Access Coordinator seeking reasonable, disability-related procedural accommodations in connection with this matter."  ECF No. 26.  Specifically, Plaintiff states that the accommodations relate to "reasonable flexibility with deadlines and written clarification regarding formatting and communications."  *Id.* at 1.  Plaintiff

requests "that the Court take note of the pending accommodation request when evaluating compliance-related issues, and that no adverse action be taken under Rule 41(b) while the request is under review." *Id.*

To the extent that Plaintiff seeks, as a reasonable accommodation under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. (the "ADA"), the ADA does not provide a basis for excusing a *pro se* litigant from compliance with relevant procedural rules or deadlines. *Hamilton v. Robb*, 18-CV-1915, 2020 WL 1228077, at *2 (M.D. Pa. Mar. 12, 2020); *see also McDowell v. McDonough*, 21-CV 0338 (JLS) (JJM), 2024 WL 4751692 (W.D.N.Y. Oct. 8, 2024). In particular, Plaintiff is not entitled to a blanket modification of all deadlines for filings and responses.

The Court will, as it does in all cases, afford Plaintiff additional time with respect to specific deadlines if medical circumstances warrant it. But Plaintiff must seek extensions of specific deadlines in accordance with Section 1.F of this Court's Individual Rules and Practices in Civil Pro Se Cases.

Plaintiff has failed to explain how her disability led to her failure to attend the scheduled court conference or her failure to timely respond to prior Court orders. In light of Plaintiff's stated intention to continue prosecution of this matter, however, the Court will not dismiss this case at the present time. Plaintiff is on notice, however, that a further failure to comply with Court orders, including scheduling orders, may result in the dismissal of this action pursuant to Rule 41.

For procedural guidance, requests for assistance can in the first instance be directed to the Pro Se Intake Unit at 212-805-0175 during normal business hours. The Court's website

(https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact) also contains

important information concerning proceeding pro se in this Court.

     SO ORDERED.

Dated: January 5, 2026
      New York, New York             _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge

3