UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                     :

MONIQUE KIRKLAND,               :

                 :

          Plaintiff,      :       24-CV-6825 (JAV)

                 :

    -v-             :       <u>ORDER</u>

                 :

FEDEX EXPRESS CORPORATION,    :

                 :

         Defendant.    :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has filed a "Notice of Clerical Correction Regarding Summons Docket Entry." ECF No. 28. Plaintiff requests that the docket entry be corrected to reflect that service of the summons and complaint has been effectuated.

      There is no error in the docket entry. Rather, it appears that Plaintiff filed a copy of the Summons, along with a receipt from the Secretary of State. Plaintiff has not filed a Certificate of Service with the Court indicating that service has been completed.

      In order to demonstrate that service has been properly effectuated, Plaintiff must file the Certificate of Service form on the docket. That form is available on the Court website at https://nysd.uscourts.gov/sites/default/files/2025-04/certificate-of-service-fillable-2025-05-21.pdf. Plaintiff should file the Certificate of Service by no later than February 10, 2026.

      SO ORDERED.

Dated: January 12, 2026
      New York, New York              _____
                                   JEANNETTE A. VARGAS
                                   United States District Judge