UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MONIQUE KIRKLAND,                                                  :
                                                                   :
                                    Plaintiff,                     :          24-CV-6825 (JAV)
                                                                   :
                 -v-                                               :          ORDER
                                                                   :
FEDEX EXPRESS CORPORATION,                                         :
                                                                   :
                                    Defendant.                     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

   Plaintiff's request to adjourn the initial pretrial conference is DENIED.  Plaintiff has

requested to adjourn the conference in light of her pending request for a certificate of default

from the Clerk's Office.  The Court intends to discuss with Plaintiff at the scheduled conference

next steps in this case, including the procedures for moving for a default judgment.

   The Clerk of Court is directed to terminate ECF No. 33.

   SO ORDERED.

Dated:  April 24, 2026                            _____
        New York, New York                            JEANNETTE A. VARGAS
                                                      United States District Judge