UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :

MONIQUE KIRKLAND,                       :

                            :

                   Plaintiff,        :           24-CV-06825 (JAV)

                            :

       -v-                          :           ORDER

                            :

FEDEX EXPRESS CORPORATION,       :

                            :

                 Defendant.      :

                            :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

For the reasons stated on the record during the conference held earlier today, Defendant in this action appears to be in default.

Plaintiff shall file any motion for default judgment by **August 17, 2026**. Plaintiff should familiarize herself with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure, govern default judgment motion practice before this Court.

In support of the motion for default judgment, Plaintiff should file a memorandum of law addressing the legal and factual basis as to Defendant's liability. Plaintiff should also include in her filing the Equal Employment Opportunity Commission's (EEOC) Notice of Right to Sue letter ("Right to Sue Letter"). Plaintiff should also include any evidence establishing the date on which she received the Right to Sue letter, including sworn affidavits or declarations, copies of relevant emails from EEOC personnel, and other relevant documents.

The submission due to the Court on August 17, 2026, does not need to include any argument or evidence regarding Plaintiff's entitlement to damages. If the Court determines that Plaintiff is entitled to default judgment on her employment discrimination claim, the Court will address damages separately, at which time Plaintiff will be allowed to submit evidence regarding

damages.

Plaintiff is **FURTHER ORDERED** to appear for a conference with the Court on **August 25, 2026, at 11:30 AM**, in Courtroom 11BC, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1(b), the Court of Clerk is directed to enter default in this matter.

SO ORDERED.

Dated: June 18, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2