June 25,2026

United States District Court
Southern District of New York

**Monique Kirkland,** Plaintiff

v.

**Fedex Express Corporation,** Defendant

Case No: 1:24-CV-06825-JAV

**LETTER-MOTION FOR REMOTE APPEARANCE FOR CONFERENCE SCHEDULED FOR
AUGUST 25, 2026, at 11:30 am**

**MEMO ENDORSED**

Honorable Jeannette A. Vargas:

Plaintiff, Monique Kirkland, respectfully requests a reasonable accommodation under Title II of the Americans with Disabilities Act, a remote appearance via Microsoft Teams, consistent with Judge Vargas's existing procedures under section 4A of her individual rules, for the upcoming Conference, ordered by the court at ECF No. 38, scheduled for August 25, 2026.

This request is grounded in two separately documented disabilities:
(1) A physical disability documented by **NYC Workers Compensation Board** Documented by **Dept of Veterans Affairs** as a non-service-connected disability.
(2) A mental disability documented by **Dept of Veterans Affairs** as a service-connected disability.

Together, these disabilities create mobility, physiological, functional, communication, cognitive, transportation, and personal safety barriers to in court participation.  The unpredictable nature of the Plaintiffs service-connected disability may additionally give rise to barriers that cannot be anticipated in advance.

For the foregoing reasons, Plaintiff respectfully requests that the court grant this motion and enter an order permitting remote appearance via Microsoft Teams.

Respectfully submitted,

Monique Kirkland
Pro Se Plaintiff
280 Rte 17 N Ste 197 #1019
East Rutherford, NJ 07073
Kirklandmonique@gmail.com
347-421-3330

The conference previously scheduled for August 25, 2026, at 11:00am, will no longer be in-person, but will instead be held via Microsoft Teams (Meeting ID: 258 629 180 613 417; Passcode: xN2JM26K.

SO ORDERED.

Dated: June 30, 2026

JEANNETTE A. VARGAS
United States District Judge