UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONIQUE KIRKLAND,<br><br>Plaintiff,<br><br>-against-<br><br>FEDEX EXPRESS CORPORATION, et al.,<br><br>Defendants. | 24-CV-06825-(JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

In light of Defendant's Motion to Set Aside Entry of Default (ECF No. 52), the hearing on Plaintiff's Motion for Default Judgement (ECF No. 44), currently scheduled for October 27, 2026, at 12:30 PM is hereby adjourned to November 13, 2026, at 11:00 am using the same meeting information previously provided, at which time the Court will also hear argument on Defendant's Motion to Set Aside Entry of Default.

It is hereby ORDERED that Plaintiff shall file any opposition papers to Defendant's Motion to Set Aside Entry of Default by **October 30, 2026**. Defendant shall file any reply papers by **November 6, 2026**.

SO ORDERED.

Dated: October 19, 2026
New York, New York

*Jeannette Vargas*

JEANNETTE A. VARGAS
United States District Judge